Joseph G. Adams  (#018210)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: jgadams@swlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Market America, Inc., a North Carolina corporation, | No. CV14-00079-HRH-PHX |
| Plaintiff, | **NOTICE OF SERVICE** |
| v. | |
| MLM Business Blueprint, LLC, an Arizona limited liability company; Gregorio Gomez III a/k/a Greg Gomez and Serena Denetsosie-Gomez, a married couple, | |
| Defendants. | |

Pursuant to the Court's order dated September 2, 2014 (doc. 28), plaintiff Market

America, Inc. provides notice that it served a copy of its motion for default judgment and

supporting declaration on defendants by first-class mail on September 2, 2014.

DATED this 2nd day of September, 2014.

SNELL & WILMER L.L.P.


By     s/ Joseph G. Adams
        Joseph G. Adams
        One Arizona Center
        400 E. Van Buren
        Phoenix, AZ  85004-2202
        Attorney for Plaintiff Market America, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

Copy of the foregoing mailed to:

MLM Business Blueprint, LLC
Greg Gomez
Serena Denetsosie-Gomez
7235 N. 41st Dr.
Phoenix, AZ 85051

By   s/ Joseph G. Adams

2